Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−20542−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anson Kuipang Tang
   1602 Center Avenue − Apt A
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−8476

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 6/6/17 and a confirmation hearing on such Plan has been scheduled for 8/16/17.

The debtor filed a Modified Plan on 9/6/17 and a confirmation hearing on the Modified Plan is scheduled for 10/18/17 at 9 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 7, 2017
JAN: clb

                                                                                    Jeanne Naughton
                                                                                    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                    Case No. 17-20542-RG
Anson Kuipang Tang                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 07, 2017
                              Form ID: 186                Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
```
db             +Anson Kuipang Tang,    1602 Center Avenue - Apt A,    Fort Lee, NJ 07024-4714
cr             +BMW Financial Services NA, LLC Department,    Ascension Capital Group,    PO Box 165028,
                 Irving, TX 75016-5028
516841607      +Associated Credit Services Inc,    PO Box 5171,    Westborough, MA 01581-5171
516852973      +BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516841608      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516841611      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516841612      +Capital One / Saks F,    Po Box 30285,    Salt Lake City, UT 84130-0285
516911617       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516841614      +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
516841616      +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                 St Louis, MO 63179-0040
516841617      +Comenity Bank/Pottery Barn,    Po Box 182125,    Columbus, OH 43218-2125
516841620      +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516841621      +Early Warning Services,    16552 N 90th St #100,    Scottsdale, AZ 85260-1619
516841622      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516841623      +Equifax,    P.O. Box 740256,    Atlanta, GA 30374-0256
516841624      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
516841625      +Experian,    Business Information Services,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
516841626      +Fair Collections & Outsourcing,    12304 Baltimore Ave Suite E,    Beltsville, MD 20705-1314
516841630       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
516841629       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516841631      +Glen S. Garbus,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516841632      +Glenn Stuart Garbus,    Forster Garbus & Gaarbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516841633      +Hunter Warfield,    PO Box 1022,    Wixom, MI 48393-1022
516841634     ++INTUIT INC C O CORPORATION SERVICE COMPANY,    251 LITTLE FALLS DRIVE,
                 WILMINGTON DE 19808-1674
                (address filed with court: Intuit Payment Solutions,    2700 Coast Ave,
                 Mountain View, CA 94043)
516841635      +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
516841637      +Metabank-ultravx Visa,    2500 S Minnesota Ave,    Sioux Falls, SD 57105-4729
516841639      +Mobiloansllc,    P.O. Box 1409,    Marksville, LA 71351-1409
516841642      +NCC Business Services, Inc,    PO Box 24739,    Jacksonville, FL 32241-4739
516841643      +Ready Refresh by Nestle,    PO BOX 856192,    Louisville, KY 40285-6192
516841649     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516841647      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516841648       The Point at Fort Lee,    900 Crest Lane,    Fort Lee, NJ 07024
516961575      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516841650      +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
516841652      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:25
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516841606      +E-mail/Text: legal@arsnational.com Sep 08 2017 01:21:20      ARS National Services Inc,
                 PO BOX 469046,    Escondido, CA 92046-9046
516841605      +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 08 2017 01:20:55      Alliance One,
                 4850 Steet Rd Suite 300,    Trevose, PA 19053-6643
516878922       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 08 2017 01:17:54
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
516841609       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 08 2017 01:17:42      Bmw Financial Services,
                 Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
516841610      +E-mail/Text: bankruptcy@cavps.com Sep 08 2017 01:21:51      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516841613      +E-mail/Text: bankruptcy@cavps.com Sep 08 2017 01:21:51      Cavalry,    PO Box 520,
                 Valhalla, NY 10595-0520
516841615      +Fax: 602-659-2196 Sep 08 2017 01:36:22      ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
516841619      +E-mail/Text: bankruptcy@water.com Sep 08 2017 01:21:27      DS Services,    300 Columbus Circle,
                 Edison, NJ 08837-3907
516855903       E-mail/Text: mrdiscen@discover.com Sep 08 2017 01:20:57      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516841618      +E-mail/Text: mrdiscen@discover.com Sep 08 2017 01:20:57      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
```

```
District/off: 0312-2          User: admin               Page 2 of 2                 Date Rcvd: Sep 07, 2017
                              Form ID: 186              Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516841628       +E-mail/Text: fggbanko@fgny.com Sep 08 2017 01:20:58      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516841636       +E-mail/Text: bknotices@mbandw.com Sep 08 2017 01:21:54      McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Cleveland, OH 44146-1807
516841638       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 01:21:32      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
516841641       +E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 08 2017 01:22:27      Navy Federal Cr Union,
                 Attn: Bankruptcy,    Po Box 3000,   Merrifield, VA 22119-3000
516841640       +E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 08 2017 01:22:27      Navy Federal Cr Union,
                 Po Box 3000,    Merrifield, VA 22119-3000
516841644       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:50      Syncb/Toys R Us,   Po Box 965064,
                 Orlando, FL 32896-5064
516845469       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:37      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516841645       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:25      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
516841646       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:38      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
516875530       +E-mail/Text: bncmail@w-legal.com Sep 08 2017 01:21:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516841651       +E-mail/Text: crwkflw@firstdata.com Sep 08 2017 01:22:00      TRS Recovery Services Inc.,
                 PO Box 60022,    City Of Industry, CA 91716-0022
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516841627*      +Fair Collections & Outsourcing,    12304 Baltimore Ave, Suite E,   Beltsville, MD 20705-1314
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John F. Murano    on behalf of Debtor Anson Kuipang Tang john@muranoroth.com,  vicky@muranoroth.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```