Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                              Case No.: 17–20542–RG
                              Chapter: 13
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anson Kuipang Tang
   1602 Center Avenue – Apt A
   Fort Lee, NJ 07024

Social Security No.:
   xxx–xx–8476

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 5, 2020</u>                  <u>Rosemary Gambardella</u>
                                            Judge, United States Bankruptcy Court